E-Filed: **6/2/09**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA VASCO,<br><br>                Petitioner,<br><br>        vs.<br><br>T. HORNBEAK, Warden,<br><br>                Respondents. | Case No. SACV 08-481-GHK (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge, <u>de novo</u>.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) denying the Petition and dismissing this action with prejudice.

DATED: 6/2/09

HONORABLE GEORGE H. KING
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge