E-Filed: **6/2/09**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIANA VASCO, | ) | Case No. SACV 08-481-GHK (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| vs. | ) | |
| | ) | |
| T. HORNBEAK, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   6/2/09

HONORABLE GEORGE H. KING
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge